UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **Matthew McCormick and Gina McCormick (H/W),** | |
| *Plaintiffs,* | Case No.  1:22-cv-18 |
| v. | |
| **Molina Healthcare of Texas, Inc.** | Complaint and Demand for Jury Trial |
| *Defendant.* | |

## COMPLAINT

**Matthew McCormick and Gina McCormick** (hereinafter referred to as "the McCormicks" or "Plaintiffs"), by and through their attorneys, **Kimmel & Silverman, P.C.**, alleges the following against **Molina Healthcare of Texas, Inc.** (hereinafter referred to as "Molina" or "Defendant:):

### Introduction

1.  Plaintiffs' Complaint is based on the Telephone Consumer Protection Act (TCPA), 47 U.S.C. §227 *et seq*.

2.  In 1991, President George H.W. Bush signed into law the TCPA, which was passed in a bi-partisan manner, to protect consumers' privacy rights; specifically, the right to be left alone from unwanted telemarketing calls.

3.  A leading sponsor of the TCPA described telemarketing "robocalls" the scourge of modern civilization." 137 Cong. Rec. 30821 (1991).

1

4. The TCPA, through the accompanying Code of Federal Regulations, 47 C.F.R. § 64.1200 *et seq.*, affords special protections for people who registered their phone numbers on the National Do Not Call Registry.

5. Where a consumer's phone number is registered on the Do Not Call registry, the TCPA requires that telemarketers provide clear and conspicuous notice to the consumer that it will be making telemarketing calls for solicitation or advertising purposes, and requires that the consumer provide express written consent.

6. Section 227(c)(5) of the TCPA provides that each person who receives more than one call within a 12-month period on their phone, where that person did not provide express written consent upon a clear and conspicuous disclosure from the telemarketer, after the phone number was registered on the National Do Not Call Registry for more than 31 days is entitled to recover a penalty of $500 per call, and up to $1,500 per call if the TCPA is willfully or knowingly violated.

7. Plaintiffs seek to exercise their rights under the TCPA against Molina Healthcare of Texas for unlawful robocalls which were made for telemarketing purposes without prior express written consent.

**The Parties**

8. Plaintiff Gina McCormick is an adult citizen who at all times relevant to this Complaint resided in Prosper, Texas 75078.

9. Plaintiff Matthew McCormick is an adult citizen who at all times relevant to this Complaint resided in Prosper, Texas 75078.

10. Defendant Molina Healthcare of Texas is an insurance company that maintains its headquarters 701 Brazos St., Suite 1050, Austin, Texas 78701.

11. Molina is a for-profit insurance company.

## Jurisdiction and Venue

12. This Court has subject-matter jurisdiction over the TCPA claims in this action under 28 U.S.C. § 1331, which grants this court original jurisdiction of all civil actions arising under the laws of the United States. See <u>Mims v. Arrow Fin. Servs., LLC</u>, 565 U.S. 368, 386-87 (2012) (confirming that 28 U.S.C. § 1331 grants the United States district courts federal-question subject-matter jurisdiction to hear private civil suits under the TCPA).

13. This Court has personal jurisdiction over Defendant conducts business in the State of Texas.

14. Defendant Molina is headquartered in Austin, Texas, which is within this District.

15. A substantial percentage of the occurrences and events which underlie this lawsuit occurred within this District.

16. Venue is proper under 28 U.S.C. § 1391(b)(1) and (2).

## Statement of Relevant Facts

17. At all times relevant to this Complaint, Mr. McCormick owned a cell phone, the number for which was (214) XXX-9117.

18. Mr. McCormick used that cell phone primarily for residential purposes.

19. Mr. McCormick registered his cell phone number on the National Do Not Call Registry on or around July 1, 2014.

20. Mr. McCormick registered his cell phone number on the National Do Not Call Registry to obtain solitude from unwanted and invasive telemarketing calls.

21. At all times relevant to this Complaint, Mrs. McCormick owned a cell phone, the number for which was (469) XXX-4158.

22. Mrs. McCormick used that cell phone primarily for residential purposes.

23. Molina Healthcare is a national insurance provider that sells various medical insurance plans to consumers.

24. Molina Healthcare markets their products and services, in part, through placing telephone calls to prospective subscribers' cellular and landline phones.

25. Molina Healthcare placed numerous unwanted calls to the McCormicks' cell phones using a Spanish-language artificial or pre-recorded voice.

26. Before Molina Healthcare began placing telemarketing calls to the McCormicks' cell phones, neither Mr. nor Mrs. McCormick provided express written consent, or any consent for Defendant to place such telemarketing calls.

27. Likewise, Defendant did not present a clear and conspicuous disclosure to either of the McCormicks that it would make telemarketing calls to their cell phones.

28. Neither of the McCormicks had any prior business relationship with Molina Healthcare.

29. The McCormicks were not in the market for medical insurance and had not consented to receive calls from telemarketers selling the same.

30. Prior to the solicitation calls at issue, neither Mr. nor Mrs. McCormick ever inquired of Defendant about health insurance products or services.

31. Despite the foregoing, Defendant placed a shocking and extraordinary volume of invasive and irritating telemarketing calls to the McCormicks' cell phones in furtherance of its efforts to sell medical insurance, for which the which the McCormicks had no interest or need.

32. Defendant's telemarketing calls to Plaintiff utilized a prerecorded voice in an effort to solicit business.

33. All of Defendant's calls utilized a pre-recorded voice in the Spanish language.

34. The McCormicks, who do not speak fluent Spanish, were unable to understand the Spanish-language pre-recorded messages from Molina.

35. In order to ascertain the identity of the calling party, Plaintiffs resorted to pressing random buttons to be able to connect with a live agent.

36. On several instances, including on or around July 28, 2020 as well as on or around October 26, 2020, a live agent identified the company responsible for the calls as being "Molina Healthcare."

37. The other calls where "Molina" was not explicitly identified had a pre-recorded scripts identical or nearly identical to those which played at the beginning of the calls where agents of Molina ultimately identified themselves as working for Molina.

38. Accordingly, Plaintiffs know that each of the calls identified in the charts below were from Molina.

39. Upon being connected with a live agent, the McCormicks asked if the agents spoke English in order to inquire about the purpose for the calls.

40. On some occasions, the live agent would indicate they do not speak English and would end the call.

41. The McCormicks were not presented with a mechanism or reasonable method of "opting-out" or otherwise causing the calls from Molina to cease.

42. The McCormicks, with their limited ability to speak and understand Spanish, requested the live agent to identify the company from which they were calling.

43. For investigative purposes, the McCormicks enlisted the services of another individual, fluent in Spanish, take the calls to ascertain as much as possible.

44. During one of these calls, on January 19, 2021, Defendant's agent would not provide a call back number for the company, but rather insisted that the individual use WhatsApp- a mobile messaging platform which does not utilize actual telephone numbers and provides the send a way to remain confidential.

45. Additionally, each call that both Plaintiffs answered from Defendant contained pre-recorded Spanish language messages identical or similar to the others.

46. Mr. McCormick received calls on instances including but not limited to the following

| **Date and Time** | **Caller ID:** |
|---|---|
| June 29, 2020 at 11:15 am Central | (214) 952 1808 |
| June 30, 2020 at 1:21 pm Central | (214) 887-6927 |
| June 30, 2020 at 4:44 pm Central | (214) 482-0011 |
| July 1, 2020 at 3:50 pm Central | (903) 405-6693 |
| July 2, 2020 at 12:41 pm Central | (903) 405 6693 |
| July 2, 2020 at 2:14 pm Central | (806) 386-2374 |
| July 7, 2020 at 1:37 pm Central | (361) 511-4364 |
| July 8, 2020 at 5:34 pm Central | (214) 902-6143 |
| July 10, 2020 at 8:15 am Central | (210) 460-2425 |
| July 10, 2020 at 2:46 pm Central | (903) 493-3655 |
| July 14, 2020 at 1:56 pm Central | (972) 774-2373 |
| July 15, 2020 at 1:02 pm Central | (954) 268-3721 |
| July 16, 2020 at 4:13 pm Central | (737) 757-4649 |
| July 17, 2020 at 3:03 pm Central | (972) 228-6369 |
| July 20, 2020 at 2:14 pm Central | (469) 850-4175 |
| July 22, 2020 at 4:08 pm Central | (281) 304-3486 |
| July 28, 2020 at 3:27 pm Central | (409) 228-4299 |

| | |
|---|---|
| July 29, 2020 at 2:30 pm Central | (409) 996-5437 |
| July 30, 2020 at 3:35 pm Central | (214) 351-7607 |
| August 3, 2020 at 6:15 pm Central | (409) 880-5494 |
| August 5, 2020 at 5:36 pm Central | (713) 679-5434 |
| August 7, 2020 at 3:11 pm Central | (832) 959-6222 |
| August 10, 2020 at 2:03 pm Central | (940) 971-4053 |
| August 10, 2020 at 3:19 pm Central | (214) 476-2369 |
| August 11, 2020 at 12:08 pm Central | (361) 528-6380 |
| August 13, 2020 at 2:57 pm Central | (903) 961-7546 |
| August 13, 2020 at 5:01 pm Central | (214) 393-7980 |
| August 14, 2020 at 4:34 pm Central | (432) 207-8527 |
| August 14, 2020 at 6:13 pm Central | (214) 924-3680 |
| August 24, 2020 at 12:13 pm Central | (214) 889-8960 |
| August 25, 2020 at 2:59 pm Central | (346) 239-5768 |
| September 3, 2020 at 1:57 pm Central | (303) 894-3879 |
| September 7, 2020 at 3:06 pm Central | (817) 754-6935 |
| September 9, 2020 at 3:43 pm Central | (254) 290-3320 |
| September 10, 2020 at 6:29 pm Central | (940) 832-5445 |
| September 11, 2020 at 5:01 pm Central | (832) 786-8956 |
| September 15, 2020 at 6:43 pm Central | (903) 660-3981 |
| September 17, 2020 at 12:57 pm Central | (915) 222-6710 |
| September 17, 2020 at 2:25 pm Central | (979) 667-8481 |
| September 22, 2020 at 3:30 pm Central | (979) 693-8466 |
| September 23, 2020 at 3:44 pm Central | (281) 354-5400 |
| September 24, 2020 at 1:39 pm Central | (915) 409-4450 |
| September 24, 2020 at 2:15 pm Central | (806) 311-8347 |
| September 24, 2020 at 3:45 pm Central | (210) 342-5713 |
| September 25, 2020 at 11:23 pm Central | (713) 535-4090 |
| September 28, 2020 at 1:08 pm Central | (713) 774-5619 |
| September 29, 2020 at 2:51 pm Central | (214) 884-3251 |
| October 2, 2020 at 12:58 pm Central | (214) 330-5474 |
| October 5, 2020 at 2:50 pm Central | (214) 382-2568 |

| | |
|---|---|
| October 6, 2020 at 3:55 pm Central | (214) 745-0651 |
| October 7, 2020 at 2:39 pm Central | (214) 225-6769 |
| October 12, 2020 at 2:04 pm Central | (214) 726-3813 |
| October 13, 2020 at 1:30 pm Central | (210) 612-2767 |
| October, 13 2020 at 3:54 pm Central | (972) 598-5779 |
| October 15, 2020 at 12:58 pm Central | (214) 820-3640 |
| October 19, 2020 at 3:50 pm Central | (903) 731-3934 |
| October 20, 2020 at 1:08 pm Central | (214) 442-4785 |
| October 20, 2020 at 1:58 pm Central | (972) 416-4909 |
| October 21, 2020 at 1:33 pm Central | (214) 722-4053 |
| October 21, 2020 at 2:40 pm Central | (903) 616-6009 |
| October 22, 2020 at 1:15 pm Central | (214) 244-5718 |
| October 22, 2020 at 5:35 pm Central | (281) 337-4125 |
| October 23, 2020 at 5:34 pm Central | (214) 281-7510 |
| October 27, 2020 at 6:09 pm Central | (214) 331-1827 |
| October 27, 2020 at 6:27 pm Central | (936) 296-3057 |
| October 28, 2020 at 2:20 pm Central | (214) 224-9513 |
| October 29, 2020 at 4:24 pm Central | (214) 484-6138 |
| October 30, 2020 at 2:02 pm Central | (214) 769-2900 |
| October 30, 2020 at 6:53 pm Central | (210) 703-7509 |
| November 2, 2020 at 11:21 am Central | (214) 840-9203 |
| November 3, 2020 at 11:26 am Central | (214) 963-7689 |
| November 3, 2020 at 1:04 pm Central | (682) 940-3208 |
| November 3, 2020 at 2:14 pm Central | (281) 664-6960 |
| November 3, 2020 at 2:39 pm Central | (361) 808-5393 |
| November 3, 2020 at 2:43 pm Central | (972) 316-3178 |
| November 3, 2020 at 5:03 pm Central | (214) 852-3716 |
| November 4, 2020 at 1:06 pm Central | (830) 622-5970 |
| November 4, 2020 at 3:11 pm Central | (214) 453-9651 |
| November 4, 2020 at 5:39 pm Central | (214) 984-3917 |
| November 5, 2020 at 2:15 pm Central | (409) 386-7000 |
| November 5, 2020 at 2:17 pm Central | (214) 851-2923 |

| | |
|---|---|
| November 5, 2020 at 6:07 pm Central | (325) 283-8465 |
| November 6, 2020 at 1:17 pm Central | (806) 697-3851 |
| November 6, 2020 at 2:46 pm Central | (214) 767-5048 |
| November 6, 2020 at 5:05 pm Central | (512) 897-6098 |
| November 6, 2020 at 5:17 pm Central | (214) 932-8430 |
| November 9, 2020 at 5:37 pm Central | (806) 847-5940 |
| November 10, 2020 at 12:04 pm Central | (214) 342-5150 |
| November 11, 2020 at 12:51 pm Central | (214) 351-1988 |
| November 11, 2020 at 4:00 pm Central | (682) 203-3548 |
| November 12, 2020 at 2:17 pm Central | (832) 209-2041 |
| November 12, 2020 at 4:28 pm Central | (214) 930-7492 |
| November 16, 2020 at 1:57 pm Central | (214) 952-7604 |
| November 16, 2020 at 5:02 pm Central | (979) 877-6190 |
| November 18, 2020 at 12:44 pm Central | (214) 871-5177 |
| November 20, 2020 at 1:34 pm Central | (512) 693-8933 |
| November 24, 2020 at 11:47 pm Central | (817) 812-7690 |
| November 24, 2020 at 3:56 pm Central | (214) 845-9071 |
| November 25, 2020 at 3:54 pm Central | (956) 897-5020 |
| November 25, 2020 at 7:20 pm Central | (512) 539-2338 |
| November 27, 2020 at 1:49 pm Central | (469) 523-7646 |
| November 30, 2020 at 5:02 pm Central | (409) 218-3398 |
| December 1, 2020 at 1:01 pm Central | (214) 769-5321 |
| December 1, 2020 at 6:29 pm Central | (214) 477-7403 |
| December 2, 2020 at 12:16 pm Central | (936) 224-3874 |
| December 2, 2020 at 6:11 pm Central | (214) 555-1652 |
| December 3, 2020 at 12:06 pm Central | (903) 611-6630 |
| December 3, 2020 at 4:20 pm Central | (830) 218-7370 |
| December 4, 2020 at 12:20 pm Central | (936) 257-2981 |
| December 4, 2020 at 2:51 pm Central | (214) 486-3081 |
| December 4, 2020 at 4:18 pm Central | (469) 375-3225 |
| December 7, 2020 at 1:52 pm Central | (214) 426-9527 |
| December 8, 2020 at 4:12 pm Central | |

| | |
|---|---|
| December 9, 2020 at 5:04 pm Central | (281) 793-2981 |
| December 10, 2020 at 8:23 am Central | (469) 250-5657 |
| December 10, 2020 at 2:40 pm Central | (214) 763-2232 |
| December 10, 2020 at 3:48 pm Central | (940) 313-3734 |
| December 14, 2020 at 11:05 am Central | (214) 721-9089 |
| December 14, 2020 at 1:20 pm Central | (972) 935-6832 |
| December 15, 2020 at 8:09 am Central | (956) 778-8255 |
| December 15, 2020 at 10:22 am Central | (972) 470-6881 |
| December 15, 2020 at 12:37 pm Central | (214) 424-8722 |
| December 16, 2020 at 9:38 am Central | (956) 426-3372 |
| December 16, 2020 at 12:27 pm Central | (979) 387-2668 |
| December 16, 2020 at 4:21 pm Central | (972) 835-2590 |
| December 16, 2020 at 7:09 pm Central | (469) 387-7251 |
| December 17, 2020 at 9:13 am Central | (469) 716-5897 |
| December 17, 2020 at 1:13 pm Central | (214) 811-2295 |
| December 17, 2020 at 4:06 pm Central | (214) 785-4508 |
| December 18, 2020 at 9:23 am Central | (817) 380-6925 |
| December 21, 2020 at 5:15 pm Central | (936) 800-7006 |
| December 23, 2020 at 12:37 pm Central | (936) 888-5486 |
| December 23, 2020 at 1:51 pm Central | (972) 591-8730 |
| January 4, 2021 at 11:51 am Central | (832) 825-3776 |
| January 7, 2021 at 12:39 pm Central | (903) 231-3107 |
| January 7, 2021 at 1:22 pm Central | (214) 388-8264 |
| January 8, 2021 at 2:52 pm Central | (985) 493-2128 |
| January 11, 2021 at 3:44 pm Central | (972) 809-5982 |
| January 12, 2021 at 1:47 pm Central | (713) 299-4059 |
| January 12, 2021 at 6:52 pm Central | (713) 261-3478 |
| January 13, 2021 at 12:29 pm Central | (210) 577-4625 |
| January 13, 2021 at 5:28 pm Central | (214) 235-3421 |
| January 13, 2021 at 6:40 pm Central | (281) 564-7883 |
| January 14, 2021 at 1:24 pm Central | (972) 297-7311 |
| January 14, 2021 at 2:11 pm Central | (210) 877-4285 |

| | |
|---|---|
| January 19, 2021 at 3:58 pm Central | (214) 328-6855 |
| January 19, 2021 at 4:38 pm Central | (903) 851-6799 |
| January 21, 2021 at 3:28 pm Central | (210) 446-2158 |

47. Upon information and belief, Mr. McCormick received additional calls to his cell phone from Defendant not included in the list above.

48. Additionally, Mrs. McCormick received calls on instances including but not limited to the following:

| Date/Time: | Caller ID: |
|---|---|
| July 31, 2020 at 3:25 pm Central | (409) 231-7674 |
| August 14, 2020 at 4:54 pm Central | (210) 392-5651 |
| August 17, 2020 at 5:37 pm Central | (214) 442-2799 |
| September 4, 2020 at 3:47 pm Central | (903) 590-3265 |
| September 9, 2020 at 5:29 pm Central | (281) 261-4690 |
| September 14, 2020 at 4:16 pm Central | (956) 831-3209 |
| September 14, 2020 at 4:38 pm Central | (469) 810-4287 |
| September 15, 2020 at 3:24 pm Central | (956) 341-6272 |
| September 16, 2020 at 3:28 pm Central | (830) 285-6794 |
| September 18, 2020 at 2:32 pm Central | (713) 308-2730 |
| September 22, 2020 at 1:48 pm Central | (281) 686-8063 |
| September 23, 2020 at 1:50 pm Central | (469) 470-4662 |
| September 24, 2020 at 2:53 pm Central | (972) 963-6922 |
| September 24, 2020 at 2:56 pm Central | (305) 749-5485 |
| September 25, 2020 at 2:01 pm Central | (469) 987-3459 |
| September 25, 2020 at 3:08 pm Central | (940) 280-7678 |
| September 25, 2020 at 6:33 pm Central | (469) 776-5781 |
| October 15, 2020 at 6:29 pm Central | (469) 583-8161 |
| October 21, 2020 at 1:50 pm Central | (469) 583-8161 |
| October 23, 2020 at 3:49 pm Central | (469) 979-4010 |

| | |
|---|---|
| October 26, 2020 at 6:08 pm Central | (469) 539-4879 |
| October 26, 2020 at 6:36 pm Central | (469) 843-2744 |
| October 29, 2020 at 4:36 pm Central | (940) 337-7825 |
| October 30, 2020 at 1:30 pm Central | (737) 703-4562 |
| October 30, 2020 at 1:58 pm Central | (979) 743-3597 |
| October 30, 2020 at 4:03 pm Central | (469) 348-3682 |
| November 2, 2020 at 11:50 am Central | (469) 885-0331 |
| November 2, 2020 at 3:52 pm Central | (469) 968-2606 |
| November 4, 2020 at 11:35 an Central | (469) 483-1158 |
| November 4, 2020 at 4:17 pm Central | (903) 258-6530 |
| November 4, 2020 at 6:36 pm Central | (469) 375-5185 |
| November 5, 2020 at 1:29 pm Central | (469) 551-6499 |
| November 7, 2020 at 12:24 pm Central | (281) 712-8587 |
| November 10, 2020 at 5:41 pm Central | (469) 573-6067 |
| November 10, 2020 at 6:25 pm Central | (469) 776-2872 |
| November 11, 2020 at 1:53 pm Central | (361) 428-6759 |
| November 11, 2020 at 2:50 pm Central | (469) 932-2519 |
| November 11, 2020 4:08 pm Central | (979) 859-5326 |
| November 11, 2020 at 4:34 pm Central | (469) 746-5823 |
| November 12, 2020 at 2:16 pm Central | (432) 273-5474 |
| November 12, 2020 at 3:09 pm Central | (469) 824-6241 |
| November 13, 2020 at 5:19 pm Central | (469) 739-3001 |
| November 16, 2020 at 2:34 pm Central | (830) 875-7190 |
| November 19, 2020 at 3:51 pm Central | (806) 944-2337 |
| November 20, 2020 at 12:48 pm Central | (469) 747-5361 |
| November 20, 2020 at 2:07 pm Central | (832) 824-4612 |
| November 23, 2020 at 12:39 pm Central | (469) 272-2774 |
| November 23, 2020 at 1:09 pm Central | (903) 906-3229 |
| November 23, 2020 at 2:13 pm Central | (430) 983-3176 |
| November 23, 2020 at 4:03 pm Central | (469) 376-6203 |
| November 24, 2020 at 1:19 pm Central | (832) 561-8627 |
| November 24, 2020 at 2:49 pm Central | (469) 828-5739 |

| | |
|---|---|
| November 25, 2020 at 2:59 pm Central | (469) 288-1357 |
| November 25, 2020 at 4:06 pm Central | (281) 691-6105 |
| November 25, 2020 at 4:38 pm Central | (361) 242-3422 |
| November 27, 2020 at 12:32 pm Central | (469) 779-7274 |
| November 27, 2020 at 12:38 pm Central | (210) 636-6383 |
| November 30, 2020 at 2:27 pm Central | (469) 588-4186 |
| November 30, 2020 at 3:14 pm Central | (469) 460-5104 |
| December 1, 2020 at 11:36 pm Central | (469) 865-2796 |
| December 1, 2020 at 5:42 pm Central | (469) 883-7766 |
| December 2, 2020 at 3:34 pm Central | (817) 630-5568 |
| December 3, 2020 at 10:58 pm Central | (361) 648-3454 |
| December 3, 2020 at 1:25 pm Central | (469) 242-9432 |
| December 3, 2020 at 3:36 pm Central | (469) 481-0254 |
| December 3, 2020 at 5:35 pm Central | (832) 270-3990 |
| December 4, 2020 at 12:13 pm Central | (512) 848-7076 |
| December 4, 2020 at 4:07 pm Central | (469) 858-2563 |
| December 7, 2020 at 1:45 pm Central | (469) 938-6775 |
| December 8, 2020 at 2:41 pm Central | (972) 641-6239 |
| December 8, 2020 at 3:01 pm Central | (713) 374-7200 |
| December 8, 2020 at 7:38 pm Central | (713) 562-2243 |
| December 9, 2020 at 11:55 pm Central | (915) 778-6192 |
| December 9, 2020 at 4:30 pm Central | (512) 621-8939 |
| December 10, 2020 at 12:02 pm Central | (904) 361-6373 |
| December 10, 2020 at 3:43 pm Central | (956) 614-5462 |
| December 11, 2020 at 3:23 pm Central | (832) 208-3840 |
| December 11, 2020 at 3:24 pm Central | (915) 521-4452 |
| December 11, 2020 at 3:40 pm Central | (713) 595-7400 |
| December 11, 2020 at 4:09 pm Central | (832) 658-6175 |
| December 11, 2020 at 6:51 pm Central | (346) 763-5941 |
| December 14, 2020 at 1:16 pm Central | (979) 413-6917 |
| December 14, 2020 at 1:56 pm Central | (469) 268-5652 |
| December 16, 2020 at 10:55 am Central | (713) 475-6642 |

| | |
|---|---|
| December 17, 2020 at 11:18 am Central | (903) 398-5774 |
| December 17, 2020 at 1:53 pm Central | (210) 714-2076 |
| December 17, 2020 at 4:06 pm Central | (281) 842-7328 |
| December 18, 2020 at 3:40 pm Central | (361) 311-6775 |
| January 13, 2021 at 1:12 pm Central | (469) 766-6452 |
| January 13, 2021 at 1:30 pm Central | (361) 553-2560 |
| January 14, 2021 at 11:21 am Central | (817) 228-6500 |
| January 15, 2021 at 11:10 am Central | (254) 228-5654 |
| January 18, 2021 at 2:33 pm Central | (903) 908-7165 |
| January 18, 2021 at 4:04 pm Central | (936) 253-3270 |
| January 18, 2021 at 4:44 pm Central | (512) 418-7646 |
| January 18, 2021 at 5:34 pm Central | (210) 957-7937 |
| January 19, 2021 at 8:42 am Central | (305) 260-6695 |
| January 19, 2021 at 9:32 am Central | (305) 260-6695 |
| January 19, 2021 at 9:43 am Central | (305) 260-6695 |
| January 19, 2021 at 9:54 am Central | (305) 260-6695 |
| January 19, 2021 at 9:59 am Central | (305) 260-6695 |
| January 19, 2021 at 11:27 am Central | (979) 223-2907 |

49. Upon information and belief, Mrs. McCormick received additional calls from Defendant not included in the above list.

50. In total, Plaintiffs have collectively received 250 telephone solicitation calls.

51. Each of these calls contained a pre-recorded message utilizing identical scripts and voices.

52. Each of the calls at issue were made for telemarketing purposes and did not convey exigent healthcare information.

53. The McCormicks were annoyed, irritated, upset and experienced a sense that their privacy was violated by Defendant as a result of receiving the numerous phone calls after they had long been registered on the National Do Not Call Registry.

54. The foregoing acts and omissions were in violation of the TCPA.

## COUNT I
## DEFENDANT VIOLATED THE TCPA 47 U.S.C. § 227(b)
(*Matthew McCormick and Gina McCormick v. Molina Healthcare*)

55. Plaintiffs incorporate the forgoing paragraphs as though the same were set forth at length herein.

56. The TCPA prohibits placing calls or texts using an automatic telephone dialing system or automatically generated or prerecorded voice to a cellular telephone except where the caller has the prior express consent of the called party to make such calls or where the call is made for emergency purposes. 47 U.S.C. § 227(b)(1)(A)(iii).

57. By placing prerecorded voice calls to the cell phones of the McCormicks without first obtaining that prior express written consent Defendant violated the TCPA, including, but not limited to 47 U.S.C. § 227(b)(1).

58. Defendant's calls were not made for "emergency purposes".

59. Defendant's calls to the Plaintiffs' cell phones were made without any prior express consent.

60. The TCPA provides for a private right of action and statutory damages of $500.00 per violation, and up to $1,500.00 if the violation is determined to be willful. 47 U.S.C. § 227(b)(3).

61. Defendant's acts as described above were done with malicious, intentional, willful, reckless, wanton and negligent disregard for Plaintiffs' rights under the law and with the purpose of harassing Plaintiff.

23. The acts and/or omissions of Defendant were done unfairly, unlawfully, intentionally, deceptively and fraudulently and absent bona fide error, lawful right, legal defense, legal justification or legal excuse.

24. As a result of the above violations of the TCPA, Plaintiffs have suffered the losses and damages as set forth above entitling Plaintiff to an award of statutory, actual and trebles damages.

## COUNT II
## DEFENDANT VIOLATED THE TCPA 47 U.S.C. § 227(c)(5)
(*Matthew McCormick v. Molina Healthcare*)

25. Plaintiff Matthew McCormick incorporates the forgoing paragraphs as though the same were set forth at length herein.

26. The TCPA prohibits any person or entity of initiating any telephone solicitation to a residential telephone subscriber who has registered his or her telephone number on the National Do-Not-Call Registry of persons who do not wish to receive telephone solicitations that is maintained by the Federal Government. 47 U.S.C. § 227(c).

27. Defendant contacted the Plaintiff despite the fact that the Matthew McCormick has been registered on the Do Not Call Registry since as early as July 1, 2014.

28. The TCPA provides that it is a violation of the law for a person whose phone number is registered on the National Do Not Call Registry to receive more than one solicitation call on their phone "within any 12-month period by or on behalf of the same entity." *See* 47 U.S.C. §§ 227(c)(1), (c)(5); 47 C.F.R. § 64.1200(c)(ii).

29. The TCPA defines a "telephone solicitation" as a "call or message for the purpose of encouraging the purchase of goods, or services which is transmitted to any person." 47 U.S.C. §227(a)(4).

30. The Federal Communications Commission's regulations implementing the TCPA provide that telephone solicitations cannot be made to a recipient without the recipient's "prior express written consent." *See* FCC 12-21, CG Docket 02-278 (effective October 16, 2013); 47 C.F.R § 64.1200(a)(2).

31. The penalty for each call made in violation of the TCPA's restrictions on placing telemarketing calls to numbers registered on the National Do Not Call Registry is $500.00 per violation and up to $1,500.00 per violation if the violation is determined to be willful. *See* 47 U.S.C. §§ 227(c)(5).

32. In addition, the TCPA allows the Court to enjoin Defendant's violations of the TCPA's regulations prohibiting calls to phone numbers registered on the National Do Not Call Registry. *See* 47 U.S.C. §§ 227(c)(5)(A).

33. By calling the Matthew McCormick's cell phone after his telephone number was registered on the National Do Not Call Registry, Defendant violated the TCPA, including, but not limited to, 47 U.S.C. §§ 227(c)(1) and the TCPA's corresponding regulations.

34. Defendant knew or should have known that the Matthew McCormick had his telephone number registered on the Do Not Call Registry.

35. The Matthew McCormick is entitled to damages of $500.00 per violation for each call placed and up to $1,500.00 per violation if the Court finds that Defendant willfully violated the TCPA.

## PRAYER FOR RELIEF

**Wherefore**, Plaintiffs, **Matthew McCormick and Gina McCormick,** respectfully pray for judgment as follows:

a. For both Plaintiffs: All actual damages suffered (as provided under 47 U.S.C. § 227(b)(3)(A));

b. For both Plaintiffs: statutory damages of $500.00 per violative telephone call (as provided under 47 U.S.C. § 227(b)(3)(B));

c. For both Plaintiffs: Treble damages of $1,500.00 per violative telephone call (as provided under 47 U.S.C. § 227(b)(3));

d. For Matthew McCormick Only: statutory damages of $500.00 per violative telephone call (as provided under 47 U.S.C. § 227(c)(5)(B));

e. For Matthew McCormick Only: Additional treble damages of $1,500.00 per violative telephone call (as provided under 47 U.S.C. § 227(c)(5)(C);

f. For Both Plaintiffs: Injunctive relief (as provided under 47 U.S.C. § 227(b)(3) and (c); and

g. For Both Plaintiffs: Any other relief this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

**Please take notice** that Plaintiffs, **Matthew McCormick and Gina McCormick,** demand a jury trial in this case.

Respectfully submitted,

Dated: January 7, 2022

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Ave.
Ambler, PA 19002
Phone: 215-540-8888
Facsimile: 877-788-2864

Email: jginsburg@creditlaw.com